```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EDWIN SANTANA, WILLIAM LEWIS, &                    JUDGMENT
SHAWN MARSHALL,                                    06-CV- 1811 (JG)

                    Plaintiffs,

        -against-                                  FILED
                                                   IN CLERK'S OFFICE
                                                   U.S. DISTRICT COURT E.D.N.Y.
NEW YORK STATE DIVISION OF PAROLE;
BRION TRAVIS, Former Chairman of the Board              ★ JUN 30 2006 ★
of Parole, in his individual and official capacity;
ROBERT DENNISON, Chairman of the Board             BROOKLYN OFFICE
of Parole, in his individual and official capacity;
THOMAS GRANT, Commissioner of the Board
of Parole, in his individual and official capacity;
ILEANA RODRIGUEZ, Commissioner of the
Board of Parole, in her individual and official
capacity; PATRICIA TAPPAN, Commissioner
of the Board of Parole, in her individual and
official capacity; DAIZEE BOUEY, Commissioner
of the Board of Parole, in her individual and
official capacity; & EDWARD MEVEC,
Commissioner of the Board of Parole, in his
individual and official capacity,

                    Defendants.
------------------------------------------------------------------X
```

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on June 26, 2006, dismissing the plaintiffs' claims pursuant to 28 U.S.C. § 1915A(b)(1); it is

ORDERED and ADJUDGED that plaintiffs take nothing of the defendants; and that the plaintiffs' claims are dismissed pursuant to 28 U.S.C. § 1915A(b)(1).

Dated: Brooklyn, New York
       June 28, 2006                               s/Robert C. Heinemann
                                                   ROBERT C. HEINEMANN
                                                   Clerk of Court